ANDREW SELAK, RESPONDENT, v. MURRAY RUBBER COMPANY ET AL., APPELLANTS.

Submitted October 30, 1931—Decided February 1, 1932.

For the respondent, *Donald Reid Bryant.*

For the appellants, *Ralph N. Kellam.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.

WALTON SHERMAN ET AL., APPELLANTS, v. CITY OF LONG BRANCH, RESPONDENT.

Submitted May 29, 1931—Decided February 1, 1932.

For the appellants, *McDermott, Enright & Carpenter.*

For the respondent, *William L. Edwards.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Lloyd, Case, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney JJ. 12.

*For reversal*—None.

SOLOMON SIMON ET AL., APPELLANTS, v. PETER O'TOOLE ET AL., RESPONDENTS.

Argued October 28, 1931—Decided February 1, 1932.

For the appellants, *Merritt Lane.*

For the respondents, *Frank A. Boettner, Frederick H. Groel* and *Charles B. Bradley.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—The Chief Justice, Campbell, Lloyd, Bodine, Dear, Wells, JJ. 6.

*For reversal*—Parker, Case, Van Buskirk, Kays, Hetfield, JJ. 5.